**Electronically Filed
Supreme Court
SCPW-13-0002448
04-SEP-2013
02:57 PM**

SCPW-13-0002448

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

FRANCIS M. SHYANGUYA, Petitioner,

vs.

THE HONORABLE RHONDA A. NISHIMURA, Respondent Judge,

and

EMPLOYMENT SECURITY APPEALS REFEREES' OFFICE (ESARO), ALAN WONG, APPEALS OFFICER, and THE RITZ-CARLTON HOTEL CO., LLC, Respondents.

ORIGINAL PROCEEDING
(CAAP-13-0001659; CIV. NO. 13-1-0149)

ORDER DENYING MOTION FOR RECONSIDERATION
(By: Recktenwald, C.J., Nakayama, Acoba, McKenna, and Pollack, JJ.)

Upon consideration of petitioner Francis M. Shyanguya's motion for reconsideration of the August 22, 2013 order denying his application for a writ of mandamus, filed on August 30, 2013,

IT IS HEREBY ORDERED that the motion for reconsideration is denied.

DATED: Honolulu, Hawai'i, September 4, 2013.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

